IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**JAIME VALOIS,**

        **Plaintiff,**

v.                                                  No. CIV-08-1092 LAM

**MICHAEL J. ASTRUE, Commissioner**
**of the Social Security Administration,**

        **Defendant.**

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME AND SETTING AMENDED BRIEFING SCHEDULE

**THIS MATTER** is before the Court on *Plaintiff's Unopposed Motion for Extension of Time* (*Doc. 18*), filed on May 14, 2009, in which Plaintiff asks the Court to amend the briefing schedule in this case and set new deadlines for the parties' submissions in this social security appeal. Having considered the motion, the record of this case and relevant law, the Court **FINDS** that the motion is well-taken and should be **GRANTED**, and an amended briefing schedule established for this case as set forth below.

**IT IS THEREFORE ORDERED** that *Plaintiff's Unopposed Motion for Extension of Time* (*Doc. 18*) is **GRANTED**.

**IT IS FURTHER ORDERED** that:

    1.    **On or before June 18, 2009**, Plaintiff shall file and serve, in accordance with D.N.M.LR-Civ. 7.3, a Motion to Reverse or Remand Administrative Agency Decision with a supporting memorandum of law;

2.  **On or before August 18, 2009**, Defendant shall file and serve, in accordance with D.N.M.LR-Civ. 7.3, its response; and

3.  **On or before September 1, 2009,** Plaintiff may file and serve, in accordance with D.N.M.LR-Civ. 7.3, a reply.

**IT IS FURTHER ORDERED** that all supporting memoranda filed by the parties pursuant to this order shall cite the transcript or record when making assertions of fact, and that propositions of law shall be supported by citations of authority.

**IT IS FURTHER ORDERED** that **all requests for extensions of time altering the deadlines set in this order shall be made by written motion filed with the Court pursuant to Rule 7 of the Federal Rules of Civil Procedure and D.N.M.LR-Civ. 7.**  If the parties agree to seek an extension of time, they shall submit an agreed-upon proposed order to the Court for approval and shall make the submission in compliance with the requirements posted on the undersigned's website at http://www.nmcourt.fed.us.

**IT IS SO ORDERED.**

_Lourdes A. Martínez_
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**