IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAIME VALOIS,

        Plaintiff,

v.                                                CIV No. 08-1092 LAM

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

## ORDER GRANTING EAJA FEES

**THIS MATTER** is before the Court on Plaintiff's *Motion for Approval of Attorney Fees Under the Equal Access to Justice Act* (hereinafter, "*Motion*") (*Doc. 26*). The Court has considered the *Motion* (*Doc. 26*), the affidavit of attorney time spent (*Doc. 26-2*), *Defendant's Response to Plaintiff's Motion for Attorney Fees Under EAJA* (*Doc. 28*), and the relevant law. The Defendant does not oppose the *Motion*. The Court, therefore, will **GRANT** the *Motion*.

**IT IS THEREFORE HEREBY ORDERED** that Plaintiff's *Motion* (*Doc. 26*) is **GRANTED**, and Plaintiff Jaime Valois is authorized to receive **$3,042.00** for payment to his attorney for services before this Court, in accordance with *Manning v. Astrue*, 510 F.3d 1246 (10th Cir. 2007).[1]

**IT IS SO ORDERED**.

                                                    _Lourdes A. Martínez_
                                                    **THE HONORABLE LOURDES A. MARTÍNEZ**
                                                    **UNITED STATES MAGISTRATE JUDGE**
                                                    **Presiding by Consent**

---

[1] If Plaintiff's attorney is also awarded fees under 42 U.S.C. § 406(b) for work in this case, the smaller of the two awards must be returned to Plaintiff. *See Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002).